**BRADY v. N.C. STATE BD. OF DENTAL EXAMINERS**

[347 N.C. 662 (1998)]

GINGER ANN BRADY, R.D.H., Petitioner v. NORTH CAROLINA STATE BOARD OF DENTAL EXAMINERS, Respondent

No. 398A97

(Filed 6 March 1998)

Appeal by petitioner pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals, 126 N.C. App. 829, 488 S.E.2d 855 (1997), affirming a judgment entered by Spencer (James C., Jr.), J., on 25 July 1996, in Superior Court, Wake County. Heard in the Supreme Court 10 February 1998.

*Harry H. Harkins, Jr., for petitioner-appellant.*

*Bailey & Dixon, L.L.P., by Ralph McDonald and Denise Stanford Haskell, for respondent-appellee.*

PER CURIAM.

AFFIRMED.